UNION CITY ASSOCIATES v. CITY OF UNION CITY.

June 7, 1988.

Petition for certification granted. (See 223 *N.J.Super.* 316)

UNION CITY ASSOCIATES v. CITY OF UNION CITY.

June 7, 1988.

Cross-petition for certification granted. (See 223 *N.J.Super.* 316)

FEDERATED SECURITIES, INC. v. ELIZABETH EKEN.

June 7, 1988.

Petition for certification denied.

ESTATE OF MILDRED GRANEY BY RICHARD G. RAMSAY, EXECUTOR v. PLANNING BOARD OF THE TOWNSHIP OF RIVER VALE.

June 7, 1988.

Petition for certification denied.